# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Omera Benson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00268-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Grady Lockhart | ) | |
| Alvin Jasper, | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2016 Order.

June 21, 2016

_____

Frank G. Johns, Clerk
United States District Court